UNITED STATES of America,
Plaintiff–Appellee,

v.

Elier FERNANDEZ–EL AMIR,
Defendant–Appellant.

No. 06–16110
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 21, 2007.

Tracy M. Dreispul, Assistant Federal Public Defender, R. Fletcher Peacock, Tampa, FL, Rosemary T. Cakmis, Federal

---

951

Public Defender, Orlando, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed appellate counsel for Elier Fernandez–El Amir on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Fernandez–El Amir's conviction and sentence are **AFFIRMED.**